UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

<table>
<tr><td>

GLOBAL BRAND HOLDINGS, LLC, a New York limited liability company,

                 Plaintiff,

v.

XOXO BY KG INC., an Illinois corporation, and KATERYNA GORDII, an individual,

                 Defendants.

</td><td>

ECF Case

Civil Action No.: 1:22-cv-00475

**COMPLAINT**

Jury Trial Demanded

</td></tr>
</table>

Plaintiff Global Brand Holdings, LLC ("Global" or "Plaintiff"), for its Complaint against Defendants XOXO By KG Inc. ("XKG") and Kateryna Gordii ("Gordii", and collectively with XKG, "Defendants"), by and through its undersigned counsel, states as follows on knowledge as to Plaintiff and otherwise on information and belief:

**THE PARTIES**

1.     Global is a limited liability company duly organized and existing under the laws of the State of New York, with a place of business at 1407 Broadway, New York, New York 10018. Global licenses an expansive array of apparel, toiletries, cosmetics, accessories and related goods marketed and sold under a family of trademarks consisting of or including its XOXO mark.

2.     On information and belief, XKG is a corporation organized and existing under the laws of the State of Illinois, with business addresses at 161 West Kinzie Street, Apt. 1703, Chicago, Illinois 60654 and 2556 West Chicago Avenue, Chicago, Illinois 60622.

3.     Defendant XKG now conducts or has in the past conducted its business over the

internet through its website at www.xoxomadewithlove.com.

4.      On information and belief, Gordii is an individual with addresses at 161 West Kinzie Street, Apt. 1703, Chicago, Illinois 60654 and 2556 West Chicago Avenue, Chicago, Illinois 60622.  Upon information and belief Gordii is a principal of Defendant XKG, was the sole decision maker involved in Defendant XKG deciding to engage in the infringing activities complained of herein and is otherwise responsible for the infringing activities of corporate Defendant XKG.

5.      On information and belief, XKG is in the business of manufacturing, marketing importing and selling apparel, and Gordii is the president of XKG.  Upon information and belief, Defendants have engaged in conduct in New York and elsewhere which infringes Global's trademark, as set forth below.

## JURISDICTION AND VENUE

6.      This action arises under the Lanham Act, 15 U.S.C. § 1501 et seq., including §§ 1114 and 1125, and under the laws of the State of New York.

7.      This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1338(a). This Court also has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367(a).

8.      This Court has personal jurisdiction over Defendants because Defendants transact business within this State and judicial district, regularly do or solicit business within this State and judicial district, derive substantial revenue from intra- and interstate commerce, have committed tortious acts having injurious consequences within this State and judicial district, and because Defendants expected or should have reasonably expected their tortious acts to have injurious consequences within this State and judicial district.

2

9.      Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and (c).

## FACTS COMMON TO ALL COUNTS

### Global's XOXO Brand

10.      Since 1991, Global, its predecessors-in-interest, and its authorized licensees have been selling products under the well-known family of XOXO marks, including apparel for fashionable women, toiletries, cosmetics, perfumes, shoes, luggage, eyeglasses, and many other related goods and services.

11.      The majority of Global's XOXO-branded products are designed for young women. While the staple of the XOXO brand has long been is its enormously popular line of women's apparel, Global's XOXO brand is truly a lifestyle brand that offers an entire suite of products, including, without limitation, toiletries, cosmetics, perfumes, shoes, luggage and eyeglasses.

12.      In recognition of its exclusive rights in and to the XOXO mark (the "XOXO Trademark"), Global at least owns at least eleven (11) federal trademark registrations on file with the United States Patent and Trademark Office ("USPTO") consisting of or prominently incorporating the XOXO Trademark for a wide variety of products, including clothing and shoes, luggage and handbags, eyeglasses and sunglasses, jewelry and watches, hair accessories, perfumes, toiletries and cosmetics, and related goods and services, with dates of first use in commerce beginning as early as April 1991. Copies of Global's U.S. trademark registrations for the XOXO Trademark (the "XOXO Registrations") are attached as Exhibit A.  Many of the XOXO Registrations have achieved incontestable status pursuant to 15 U.S.C. § 1065.

13.       In particular, Global owns several registrations covering apparel, including:

a.   XOXO, (Reg. No. 2,009,243) in International Class 25 covering clothing, namely,

men's, women's and children's shirts, shorts, pants, jackets, T-shirts, sweatshirts, hats, socks, sweaters and swimwear. The mark has been used in commerce since at least April 1, 1991 and was registered by the USPTO on October 22, 1996. This registration has achieved incontestable status.

b. XOXO JEANS (Reg. No. 2,320,710), in International Class 25 for women's, and children's clothing, namely jeans, dresses, skirts, shorts, jackets, shirts, pants, blouses, vests, blazers, jeans, overalls, sweatshirts, sweatpants, tank-tops, tee-shirts, hats. The mark has been used in commerce since at least July 1, 1996 and was registered by the USPTO on February 22, 2000. This registration has achieved incontestable status.

c. XOXO (Reg. No. 2,436,377), in International Class 25 for women's and children's shoes. The mark has been used in commerce since at least as early as May 1997, and was registered by the USPTO on March 20, 2001. This registration has achieved incontestable status.

d. XOXO (Reg. No. 3,455,799), covering, in relevant part, International Class 25 for clothing for humans in the nature of baby doll pajamas, bras, boxer shorts, camisoles, chemises, dresses, headbands, lingerie, loungewear, pajamas, panties, shorts and briefs being underwear, robes, skirts, sleepwear and tank tops; headbands.  The mark has been used in commerce since at least as early as February 16, 2005, and was registered by the USPTO on June 24, 2008. This registration has achieved incontestable status.

14.    The XOXO Registrations constitute *prima facie* evidence of the validity of Global's XOXO Trademarks, conclusive evidence of Global's exclusive right to use the XOXO

Trademarks in connection with the goods and services identified therein, and provide constructive notice of Global's ownership and exclusive rights in and to the XOXO Trademarks pursuant to 15 U.S.C. § 1115(a).

15.     In addition, Global owns numerous foreign registrations for the XOXO Trademark in International Class 25, including registrations in Argentina, Australia, Brazil, Canada, China, the European Union, Hong Kong, India, Singapore, and South Africa. As reflected in Global's international registrations, the XOXO Trademark has been in consistent use for nearly twenty years and the XOXO brand has expanded dramatically around the globe in the last two decades.

16.     XOXO branded apparel products each contain one or more hangtags, like the one shown below, which prominently feature the XOXO Trademark:



17.     Products bearing Global's XOXO family of marks have been sold nationwide in major retailers such as Macy's, Dillard's, Target, and Walmart, as well as online through websites such as Amazon.com and Perfumania.com.

18.     Global and its licensees have invested substantially in advertising and promoting its XOXO Trademark and brand. Advertisements for products bearing Global's XOXO Trademark, as well as news articles featuring the brand, have been published in major outlets over the years, including in the *Cosmopolitan, Glamour, Seventeen, Latina, Life & Style*, *Los Angeles Times*, the *New York Post*, the *Wall Street Journal*, and *Women's Wear Daily*. Copies of selected advertising and press coverage related to the XOXO Trademark are attached as Exhibit

B.  For example, the XOXO brand achieved significant media attention as a result of an advertising campaign featuring high fashion models living in a Fifth Avenue storefront display for several days.  See Exhibit B.

19.     Plaintiff's edgy, high-profile advertising campaigns for its XOXO brand have starred several of the most iconic supermodels in fashion history, including Tyra Banks, Christy Turlington, Claudia Schiffer, Alessandra Ambrosio, Miranda Kerr, and Chrissy Teigen.  Images from XOXO advertising campaigns featuring Chrissy Teigen and Miranda Kerr appear below:





20.     Global further promotes its XOXO Trademark through its website at

www.xoxo.com, and through an active presence on leading social media websites, including

Facebook, Twitter, Pinterest, and Instagram.

21.     As a result of Plaintiff's widespread advertising, promotion, sale, and

enforcement of its XOXO Trademark, the XOXO brand has become distinctive, identifying

Global as the exclusive source of the goods and services offered under the XOXO Trademark.

<u>Defendants' Infringing Conduct</u>

22.     Defendant XKG was founded in December 2020 to sell apparel under the "XOXO

Made With Love" name.

23.     Upon information and belief, Defendants registered the domain name

<xoxomadewithlove.com>.

24.     Defendants operate the website at <xoxomadewithlove.com> from which they

sell apparel branded with the "XOXO Made With Love" name to consumers throughout the

country, including consumers in this district.  A screen shot from Defendants' website appears

below.





25.     When consumers order product from the website at <xoxomadewithlove.com>, the product is shipped with a return address of Kateryna Gordii, 2556 W. Chicago Ave., Chicago, IL 60622, and is packaged in a box which has XOXO as its dominant feature, as can be seen in the image below:



26.     Affixed to Defendants' apparel are hangtags and sewn-in labels featuring the "XOXO Made With Love" name, where XOXO is the prominent feature.  Images of these tags and labels appear below:





27.     Defendants use the name "XOXO Made With Love" to market and sell apparel.

28.     The domain name associated with the website through which Defendants sell their "XOXO Made With Love" apparel incorporates Global's XOXO trademark in its entirety.

29.     Upon information and belief, Defendants also operate the Facebook page located at <facebook.com/XOXOmwl> and the Instagram page located at <instagram.com/xoxo_madewithlove>. Both pages are used to market and/or sell apparel under the name "XOXO Made With Love". Screenshots of both pages are attached hereto as Exhibit C.

30.     As shown in the below December 31, 2021 Instagram post, Defendants refer to

themselves as the "XOXO Team" or the "XOXO Brand & Team".



31.     On February 1, 2021 Kateryna Gordii AKA XOXO by KG Inc. filed U.S.



Trademark Application Serial No. 90/502,953 for                         for use in

connection with clothing wraps; bottoms as clothing for shorts, sweat pants, pants; combinations;

hooded sweatshirts for kids, women and men; hoodies; pants for kids, women and men; pockets

for clothing; sweaters for kids, women and men; sweatpants for kids, women and men; tops as

clothing for crop-tops, t-shirts, hoodies, claiming a date of first use of December 4, 2020.  The

application is currently pending.

32.     Defendants' "XOXO Made With Love"-branded products are the same as or are

closely related to Plaintiff's apparel offered under the XOXO Trademark.

33.     Defendants were or should have been aware of Global's use of the XOXO Trademark, as a search for "XOXO clothing" on the Google search engine would have uncovered Global's use.

**COUNT I**
**[FEDERAL TRADEMARK INFRINGEMENT IN VIOLATION OF**
**15 U.S.C. §§ 1114 AND 1125(a)]**

34.     Global repeats and realleges the allegations of paragraphs 1 through 33 as if fully set forth herein.

35.     Defendants, in manufacturing, marketing, advertising, offering for sale, and selling its "XOXO Made With Love"-branded line of apparel is likely to cause confusion, mistake, or deception in commerce among members of the purchasing public and the trade as to the true source, origin, or sponsorship of Defendants' "XOXO Made With Love"-branded products.

36.     The "XOXO Made With Love" name as used by Defendants is confusingly similar to Global's XOXO Trademark as reflected in the XOXO Registrations.

37.     Defendants have used the "XOXO Made With Love" name in connection with goods identical or highly related to the goods identified in the XOXO Registrations and on Plaintiff's XOXO-branded products.

38.     By reason of Defendants' acts as alleged herein, Global has suffered and will continue to suffer loss of sales and profits that Global would have made but for said acts of Defendants.

39.     Defendants' acts violate Sections 32 and 43(a) of the Lanham Act, 15 U.S.C. §§ 1114 and 1125(a), and constitute trademark infringement.

40.     Defendants have been unjustly enriched by their sale of "XOXO Made With

Love"-branded products and Global is entitled to an accounting of Defendants' profits therefrom.

41.    Defendants' foregoing activities have damaged both Global and the reputation of its XOXO Trademark and brand in an amount as yet unknown.

42.    Plaintiff has, and, without the intervention of this Court, will continue to suffer irreparable harm to its valuable XOXO Trademark and brand as a result of Defendants' conduct, which no legal remedy will fully redress. Accordingly, Plaintiff has no adequate remedy at law and is entitled to injunctive relief enjoining Defendants from further misappropriation of Plaintiff's XOXO Trademark and brand.

## COUNT II
## [FALSE DESIGNATION OF ORIGIN IN VIOLATION OF 15 U.S.C. § 1125(a)]

43.    Global repeats and realleges the allegations of paragraphs 1 through 42 as if fully set forth herein.

44.    Defendants, in manufacturing, marketing, advertising, offering for sale, and selling their "XOXO Made With Love" line of apparel, is likely to cause confusion, mistake, or deception in the trade and with the purchasing public as to the source, origin, or sponsorship of said imitative items and/or is likely to cause the trade and/or the purchasing public to incorrectly believe that Defendants' "XOXO Made With Love" apparel originates with, is endorsed by, or is otherwise associated with Global.

45.    By reason of the acts of Defendants as alleged herein, Global has suffered loss of sales and profits which Global would have made but for said acts of Defendants.

46.    Defendants have been unjustly enriched by their sale of "XOXO Made With Love" products and Global is entitled to an accounting of Defendants' profits therefrom.

47.    The aforesaid activities of Defendants in selling their infringing line of "XOXO Made With Love" apparel in commerce constitutes false descriptions, false representations, and

false designations of origin or sponsorship, in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

48.     Defendants' foregoing activities have damaged both Global and the reputation of its XOXO Trademark and brand in an amount as yet unknown.

49.     Plaintiff has, and, without the intervention of this Court, will continue to suffer irreparable harm to its valuable XOXO Trademark and brand as a result of Defendants' conduct, which no legal remedy will fully redress. Accordingly, Plaintiff has no adequate remedy at law and is entitled to injunctive relief enjoining Defendants from further misappropriation of Plaintiff's XOXO Trademark and brand.

**COUNT III**
**[UNFAIR COMPETITION IN VIOLATION OF NEW YORK COMMON LAW]**

50.     Global repeats and realleges the allegations of paragraphs 1 through 49 as if fully set forth herein.

51.     Defendants have engaged in a course of unfair competition by manufacturing, marketing, advertising, offering for sale and selling apparel in bad faith under a device likely to cause confusion with Global's XOXO Trademark and brand.

52.     The XOXO Trademark is a strong mark and is inherently distinctive as that term is generally known and accepted.

53.     Upon information and belief, Defendants' acts alleged herein were made in bad faith, as Defendants knew or should have known of the existence of Global's XOXO Trademark and brand and knew or should have known that Global's apparel was being sold under Plaintiff's exclusively-owned XOXO Trademark.

54.     Upon information and belief, Defendants' acts alleged herein have been made for the dominant purpose and effect of passing off their line of apparel as Global's and to confuse

buyers as to the source or origin of such products, or to otherwise trade on or misappropriate the goodwill and reputation of Global, in violation of the common law of New York.

     55.     Defendants' acts constitute unfair competition in violation of New York common law.

     56.     By reason of the acts of Defendants as alleged herein, Global has suffered and will continue to suffer irreparable damage to its reputation and has suffered and will continue to suffer a loss of sales and profits that Global would have made but for said acts of Defendants.

     57.     Defendants have been unjustly enriched by its sale of "XOXO" products and Global is entitled to an accounting of Defendants' profits therefrom.

     58.     Defendants' foregoing activities have damaged both Global and the reputation of its XOXO Trademark and brand in an amount as yet unknown.

**COUNT IV**
**[TRADEMARK INFRINGEMENT IN VIOLATION OF NEW YORK COMMON LAW]**

     59.     Global repeats and realleges the allegations of paragraphs 1 through 56 as if fully set forth herein.

     60.     Defendant has engaged in a course of trademark infringement by manufacturing, marketing, advertising, offering for sale and selling apparel under a device likely to cause confusion with Global's XOXO Trademark and brand.

     61.     The XOXO Trademark is a strong mark and is inherently distinctive as that term is generally known and accepted.

     62.     Upon information and belief, Defendants' acts alleged herein have been made for the dominant purpose and effect of passing off its line of apparel as Global's and to confuse buyers as to the source or origin of such products, or to otherwise trade on or misappropriate the goodwill and reputation of Global, in violation of the common law of New York.

63.     Defendants' acts constitute trademark infringement in violation of New York common law.

64.     By reason of the acts of Defendants as alleged herein, Global has suffered and will continue to suffer irreparable damage to its reputation and has suffered and will continue to suffer a loss of sales and profits that Global would have made but for said acts of Defendants.

65.     Defendants have been unjustly enriched by their sale of "XOXO Made With Love" apparel and Global is entitled to an accounting of Defendants' profits therefrom.

66.     Defendants' foregoing activities have damaged both Global and the reputation of its XOXO Trademark and brand in an amount as yet unknown.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff Global Brand Holdings, LLC prays:

A.  For a final judgment that Defendants have:

   a.  Engaged in trademark infringement in violation of Sections 32 and 43(a) of the Lanham Act, 15 U.S.C. §§ 1114 and 1125(a);

   b.  Engaged in false designation of origin in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a);

   c.  Engaged in unfair competition in violation of the common law of the State of New York; and

   d.  Engaged in trademark infringement in violation of the common law of the State of New York.

B.  For the entry of an Order:

   a.  Preliminarily and permanently enjoining Defendants and their officers, agents, servants, employees, attorneys and those persons, firms, or corporations acting

in concert and participation with them from manufacturing, marketing, advertising, promoting, offering for sale, selling, purchasing, distributing, or in any other way becoming involved with items bearing Plaintiff's XOXO Trademark;

b.   Ordering the destruction of Defendants' remaining inventory of unsold "XOXO Made With Love"-branded products;

c.   Ordering Defendants to transfer the domain name <xoxomadewithlove.com> to Global;

d.   Ordering Defendants to transfer control to Global of the Facebook page located at <facebook.com/XOXOmwl> and the Instagram page located at <instagram.com/xoxo_madewithlove> so that they may be shut down and the usernames reserved;

e.   Ordering Defendants to withdraw pending U.S. Trademark Application Serial



No. 90/502,953 for                                    and any other trademark applications containing the term XOXO that Defendants may have filed;

f.   Ordering an accounting by Defendants to Plaintiff of any profit gained from the sale of its goods bearing Plaintiff's federally registered XOXO Trademark;

g.   Assessing damages to Global, including damages for injury to Global's business reputation and goodwill, and all other damages arising out of Defendants' acts of unfair competition, in an amount to be determined;

h.   Assessing an award of three times the amount of Global's damages or Defendants' profits, whichever is greater;

i.   Assessing an award of Global's attorney fees and costs;

j.   That Global be awarded pre-judgment and post-judgment interest on any

monetary award made part of the judgement against Defendants; and

k.   Awarding such other and further relief as the Court may deem just and proper.

## <u>JURY TRIAL DEMANDED</u>

Global demands a jury trial on all issues so triable by a jury.

Respectfully submitted,
GOTTLIEB, RACKMAN & REISMAN, P.C.
Attorneys for Plaintiff
270 Madison Avenue, 8th Floor
New York, NY 10016
(212) 684-3900
mmisthal@grr.com
pmonahan@grr.com


By:    _/s/ Marc P. Misthal_____
       Marc P. Misthal (MM-6636)
Dated: January 19, 2022                Patrick B. Monahan (PM-0712)
       New York, New York

# EXHIBIT A

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 2,009,243
Registered Oct. 22, 1996

## TRADEMARK
### PRINCIPAL REGISTER

## XOXO

LOLA, INC. (CALIFORNIA CORPORATION)
2110 S. GRAND AV
LOS ANGELES, CA 90007

FOR: CLOTHING, NAMELY, MEN'S, WOMEN'S AND CHILDREN'S SHIRTS, SHORTS, PANTS, JACKETS, T-SHIRTS, SWEATSHIRTS, HATS, SOCKS, SWEATERS AND SWIMWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-1-1991; IN COMMERCE 4-1-1991.

SER. NO. 74-197,633, FILED 8-23-1991.

JILL C. ALT, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jan 18 04:07:22 EST 2022*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | XOXO |
| **Goods and Services** | IC 025. US 022 039. G & S: clothing, namely, men's, women's and children's shirts, shorts, pants, jackets, T-shirts, sweatshirts, hats, socks, sweaters and swimwear. FIRST USE: 19910401. FIRST USE IN COMMERCE: 19910401 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74197633 |
| **Filing Date** | August 23, 1991 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 21, 1996 |
| **Registration Number** | 2009243 |
| **Registration Date** | October 22, 1996 |
| **Owner** | (REGISTRANT) LOLA, Inc. CORPORATION CALIFORNIA 2110 S. Grand Av Los Angeles CALIFORNIA 90007 |
| | (LAST LISTED OWNER) GLOBAL BRAND HOLDINGS, LLC LIMITED LIABILITY COMPANY NEW YORK 1407 BROADWAY NEW YORK NEW YORK 10017 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Marc P. Misthal |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20160818. |
| **Renewal** | 2ND RENEWAL 20160818 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

Reg. No. 2,102,098

## United States Patent and Trademark Office

Registered Sep. 30, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## XOXO

LOLA, INC. (CALIFORNIA CORPORATION)
4519 EVERETT AVENUE
VERNON, CA 90058

FOR: LUGGAGE, HANDBAGS, PURSES ALL MADE FROM LEATHER, IMITATIONS OF LEATHER AND OTHER METERIAL, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 12–1–1996; IN COMMERCE 12–1–1996.

SN 75–045,299, FILED 1–18–1996.

CATHERINE KAISER KREBS, EXAMINING ATTORNEY



## United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Jan 18 04:07:22 EST 2022*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | XOXO |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: luggage, handbags, purses all made from leather, imitations of leather and other meterial. FIRST USE: 19961201. FIRST USE IN COMMERCE: 19961201 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75045299 |
| **Filing Date** | January 18, 1996 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 3, 1996 |
| **Registration Number** | 2102098 |
| **Registration Date** | September 30, 1997 |
| **Owner** | (REGISTRANT) Lola, Inc. CORPORATION CALIFORNIA 4519 Everett Avenue Vernon CALIFORNIA 90058 |
| | (LAST LISTED OWNER) Global Brand Holdings, LLC LIMITED LIABILITY COMPANY NEW YORK 1407 Broadway NEW YORK NEW YORK 10018 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Marc P. Misthal |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20170920. |
| **Renewal** | 2ND RENEWAL 20170920 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| **HOME** | **SITE INDEX** | **SEARCH** | **eBUSINESS** | **HELP** | **PRIVACY POLICY** |

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,269,840

Registered Aug. 10, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## XOXO

LOLA, INC. (CALIFORNIA CORPORATION)
6000 SHEILA STREET
COMMERCE, CA 90040

   FOR: EYEGLASSES AND SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5–1–1998; IN COMMERCE 5–1–1998.
   OWNER OF U.S. REG. NO. 2,102,098.

   SN 75–415,297, FILED 1–8–1998.

KIMBERLY PERRY, EXAMINING ATTORNEY



## United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

---

*TESS was last updated on Tue Jan 18 04:07:22 EST 2022*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

---

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | XOXO |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: EYEGLASSES AND SUNGLASSES. FIRST USE: 19980501. FIRST USE IN COMMERCE: 19980501 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75415297 |
| **Filing Date** | January 8, 1998 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 25, 1998 |
| **Registration Number** | 2269840 |
| **Registration Date** | August 10, 1999 |
| **Owner** | (REGISTRANT) Lola, Inc. CORPORATION CALIFORNIA 6000 Sheila Street Commerce CALIFORNIA 90040 |
| | (LAST LISTED OWNER) GLOBAL BRAND HOLDINGS, LLC LIMITED LIABILITY COMPANY NEW YORK 1407 BROADWAY NEW YORK NEW YORK 10018 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Marc P. Misthal |
| **Prior Registrations** | 2102098 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20190821. |
| **Renewal** | 2ND RENEWAL 20190821 |
| **Live/Dead Indicator** | LIVE |

---

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

---

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,320,710

Registered Feb. 22, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## XOXO JEANS

LOLA, INC (CALIFORNIA CORPORATION)
6000 SHEILA STREET
COMMERCE, CA 90040

FOR: WOMEN'S, AND CHILDREN'S CLOTH-
ING, NAMELY JEANS, DRESSES, SKIRTS,
SHORTS, JACKETS, SHIRTS, PANTS,
BLOUSES, VESTS, BLAZERS, JEANS, OVER-
ALLS, SWEATSHIRTS, SWEATPANTS, TANK-
TOPS, TEE-SHIRTS, HATS , IN CLASS 25 (U.S.
CLS. 22 AND 39).

FIRST USE 7-1-1996; IN COMMERCE
7-1-1996.
OWNER OF U.S. REG. NOS. 2,009,243,
2,043,508, AND 2,102,098.
NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "JEANS", APART FROM THE
MARK AS SHOWN.

SER. NO. 75-547,333, FILED 9-3-1998.

STEVEN PEREZ, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Jan 18 04:07:22 EST 2022*

| TESS Home | New User | Structured | Free Form | Browse Dict | Search OG | Bottom | Help |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# XOXO JEANS

| | |
|---|---|
| **Word Mark** | XOXO JEANS |
| **Goods and Services** | IC 025. US 022 039. G & S: WOMEN'S, AND CHILDREN'S CLOTHING, NAMELY JEANS, DRESSES, SKIRTS, SHORTS, JACKETS, SHIRTS, PANTS, BLOUSES, VESTS, BLAZERS, JEANS, OVERALLS, SWEATSHIRTS, SWEATPANTS, TANK-TOPS, TEE-SHIRTS, HATS. FIRST USE: 19960701. FIRST USE IN COMMERCE: 19960701 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75547333 |
| **Filing Date** | September 3, 1998 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 30, 1999 |
| **Registration Number** | 2320710 |
| **Registration Date** | February 22, 2000 |
| **Owner** | (REGISTRANT) LOLA, INC CORPORATION CALIFORNIA 6000 Sheila Street Commerce CALIFORNIA 90040 |
| | (LAST LISTED OWNER) GLOBAL BRAND HOLDINGS, LLC LIMITED LIABILITY COMPANY NEW YORK 1407 Broadway New York NEW YORK 10017 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Marc P. Misthal |
| **Prior Registrations** | 2009243;2043508;2102098 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "JEANS" APART FROM THE MARK AS SHOWN |

**Type of Mark**  TRADEMARK

**Register**  PRINCIPAL

**Affidavit Text**  SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20200508.

**Renewal**  2ND RENEWAL 20200508

**Live/Dead Indicator**  LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | SEARCH OG | TOP | HELP |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |

**Int. Cl.: 35**

**Prior U.S. Cls.: 100, 101 and 102**

## United States Patent and Trademark Office

**Reg. No. 2,370,004**

Registered July 25, 2000

### SERVICE MARK
### PRINCIPAL REGISTER

## XOXO

LOLA, INC. (CALIFORNIA CORPORATION)
6000 SHEILA STREET
COMMERCE, CA 90040

FOR: RETAIL CLOTHING STORE SERVICES, IN
CLASS 35 (U.S. CLS. 100, 101 AND 102).
   FIRST USE 9–25–1996; IN COMMERCE 11–1–1996.

OWNER OF U.S. REG. NOS. 2,009,243, 2,043,508,
AND 2,102,098.

SER. NO. 75–547,330, FILED 9–3–1998.

MICHAEL BAIRD, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Jan 18 04:07:22 EST 2022*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## XOXO

| | |
|---|---|
| **Word Mark** | XOXO |
| **Goods and Services** | IC 035. US 100 101 102. G & S: RETAIL CLOTHING STORE SERVICES. FIRST USE: 19960925. FIRST USE IN COMMERCE: 19961101 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75547330 |
| **Filing Date** | September 3, 1998 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 2, 2000 |
| **Registration Number** | 2370004 |
| **Registration Date** | July 25, 2000 |
| **Owner** | (REGISTRANT) LOLA, INC. CORPORATION CALIFORNIA 6000 Sheila Street Commerce CALIFORNIA 90040 |
| | (LAST LISTED OWNER) GLOBAL BRAND HOLDINGS, LLC LIMITED LIABILITY COMPANY NEW YORK 1407 Broadway New York NEW YORK 10018 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Marc P. Misthal |
| **Prior Registrations** | 2009243;2043508;2102098 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20200901. |
| **Renewal** | 2ND RENEWAL 20200901 |
| **Live/Dead** | LIVE |

Case 1:22-cv-00475-JGK   Document 1   Filed 01/19/22   Page 32 of 68



Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,436,377

Registered Mar. 20, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## XOXO

LOLA, INC. (CALIFORNIA CORPORATION)
6000 SHEILA STREET
COMMERCE, CA 90040

FOR: WOMEN'S AND CHILDREN'S SHOES, IN
CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-0-1997; IN COMMERCE 5-0-1997.

OWNER OF U.S. REG. NOS. 2,009,243 AND
2,043,508.

SER. NO. 75-729,629, FILED 6-15-1999.

MICHAEL BAIRD, EXAMINING ATTORNEY



## United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Jan 18 04:07:22 EST 2022*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| Field | Value |
|---|---|
| **Word Mark** | XOXO |
| **Goods and Services** | IC 025. US 022 039. G & S: WOMEN'S AND CHILDREN'S SHOES. FIRST USE: 19970500. FIRST USE IN COMMERCE: 19970500 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75729629 |
| **Filing Date** | June 15, 1999 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 25, 2000 |
| **Registration Number** | 2436377 |
| **Registration Date** | March 20, 2001 |
| **Owner** | (REGISTRANT) Lola, Inc. CORPORATION CALIFORNIA 6000 Sheila Street Commerce CALIFORNIA 90040 |
| | (LAST LISTED OWNER) Global Brand Holdings, LLC LIMITED LIABILITY COMPANY NEW YORK 1407 Broadway New York NEW YORK 10018 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Marc P. Misthal |
| **Prior Registrations** | 2009243;2043508 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20210522. |
| **Renewal** | 2ND RENEWAL 20210522 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

United States Trademark Electronic Search System (TESS)

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**Reg. No. 2,456,625**

## United States Patent and Trademark Office

Registered June 5, 2001

### TRADEMARK
### PRINCIPAL REGISTER

## XOXO

XOXO CLOTHING CO., INC. (DELAWARE COR-
PORATION)
1411 BROADWAY
NEW YORK, NY 10018 , BY MERGER; BY ASSIGN-
MENT LOLA, INC. (CALIFORNIA CORPORA-
TION) COMMERCE, CA 90040

FOR: JEWELRY, WATCHES AND OTHER HOR-
OLOGICAL AND CHRONOMETRIC INSTRU-
MENTS, NAMELY CLOCKS , IN CLASS 14 (U.S.
CLS. 2, 27, 28 AND 50).

FIRST USE 2-1-1997; IN COMMERCE 2-1-1997.

OWNER OF U.S. REG. NOS. 2,009,243, 2,043,508,
AND 2,102,098.

SER. NO. 75-547,331, FILED 9-3-1998.

MICHAEL BAIRD, EXAMINING ATTORNEY

1/18/22, 12:55 PM

Case 1:22-cv-00475-JGK   Document 1   Filed 01/19/22   Page 37 of 68
United States Patent and Trademark Office: Trademark Electronic Search System (TESS)



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Jan 18 04:07:22 EST 2022*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout    Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | XOXO |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: JEWELRY AND WATCHES [ OTHER HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, namely, CLOCKS ]. FIRST USE: 19970201. FIRST USE IN COMMERCE: 19970201 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75547331 |
| **Filing Date** | September 3, 1998 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 13, 2001 |
| **Registration Number** | **2456625** |
| **Registration Date** | June 5, 2001 |
| **Owner** | (REGISTRANT) XOXO CLOTHING CO., INC. CORPORATION DELAWARE 1411 BROADWAY NEW YORK NEW YORK 10018 |
| | (LAST LISTED OWNER) Global Brand Holdings, LLC LIMITED LIABILITY COMPANY NEW YORK 350 Fifth Avenue, 6th Floor New York NEW YORK 10118 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Marc P. Misthal |
| **Prior Registrations** | 2009243;2043508;2102098 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20210504. |
| **Renewal** | 2ND RENEWAL 20210504 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52

Reg. No. 2,960,690

## United States Patent and Trademark Office

Registered June 7, 2005

## TRADEMARK
### PRINCIPAL REGISTER

## XOXO

GLOBAL BRAND HOLDINGS, LLC (NEW YORK
LTD LIAB CO)
1407 BROADWAY
NEW YORK, NY 10018

FOR: PERFUME, TOILETRIES AND COSMETICS,
NAMELY, LIPSTICK, EYELINER, MASCARA AND
NAIL POLISH, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51
AND 52).

FIRST USE 12-1-2004; IN COMMERCE 12-1-2004.

SN 78-095,458, FILED 11-28-2001.

NORA BUCHANAN WILL, EXAMINING ATTOR-
NEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Jan 18 04:07:22 EST 2022*

| TESS Home | New User | Structured | Free Form | Browse Dict | SEARCH OG | Bottom | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | XOXO |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: Perfume, toiletries and cosmetics, namely, lipstick, eyeliner, mascara and nail polish. FIRST USE: 20041201. FIRST USE IN COMMERCE: 20041201 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78095458 |
| **Filing Date** | November 28, 2001 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 3, 2002 |
| **Registration Number** | **2960690** |
| **Registration Date** | June 7, 2005 |
| **Owner** | (REGISTRANT) Global Brand Holdings, LLC LIMITED LIABILITY COMPANY NEW YORK 1407 Broadway New York NEW YORK 10018 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Marc P. Misthal |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20141218. |
| **Renewal** | 1ST RENEWAL 20141218 |
| **Live/Dead Indicator** | LIVE |

| TESS Home | New User | Structured | Free Form | Browse Dict | SEARCH OG | Top | HELP |

| **HOME** | **SITE INDEX** | **SEARCH** | **eBUSINESS** | **HELP** | **PRIVACY POLICY**

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32, and 50

United States Patent and Trademark Office

Reg. No. 3,234,559

Registered Apr. 24, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# XOXO

GLOBAL BRAND HOLDINGS, LLC (NEW YORK
   LTD LIAB CO)
1407 BROADWAY
NEW YORK, NY 10018

   FOR: BEDDING FURNITURE AND PILLOWS, IN
CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

   FIRST USE 7-0-2005; IN COMMERCE 7-0-2005.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 78-530,059, FILED 12-9-2004.

RICHARD A. STRASER, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Jan 18 04:07:22 EST 2022*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## XOXO

| | |
|---|---|
| **Word Mark** | XOXO |
| **Goods and Services** | IC 020. US 002 013 022 025 032 050. G & S: Bedding furniture and pillows. FIRST USE: 20050700. FIRST USE IN COMMERCE: 20050700 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78530059 |
| **Filing Date** | December 9, 2004 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 7, 2006 |
| **Registration Number** | 3234559 |
| **Registration Date** | April 24, 2007 |
| **Owner** | (REGISTRANT) Global Brand Holdings, LLC LIMITED LIABILITY COMPANY NEW YORK 1407 Broadway New York NEW YORK 10018 |
| **Attorney of Record** | Marc P. Misthal |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20160915. |
| **Renewal** | 1ST RENEWAL 20160915 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |

**Int. Cls.: 25 and 26**

**Prior U.S. Cls.: 22, 37, 39, 40, 42, and 50**

**United States Patent and Trademark Office**

Reg. No. 3,455,799

Registered June 24, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# XOXO

GLOBAL BRAND HOLDINGS, LLC (NEW YORK LIMITED LIABILITY CORPORATION)
1407 BROADWAY
NEW YORK, NY 10018

FOR: CLOTHING FOR HUMANS IN THE NATURE OF BABY DOLL PAJAMAS, BRAS, BOXER SHORTS, CAMISOLES, CHEMISES, DRESSES, HEADBANDS, LINGERIE, LOUNGEWEAR, PAJAMAS, PANTIES, SHORTS AND BRIEFS BEING UNDERWEAR, ROBES, SKIRTS, SLEEPWEAR AND TANK TOPS; HEADBANDS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-16-2005; IN COMMERCE 2-16-2005.

FOR: HAIR ACCESSORIES, NAMELY, BARRETTES, BOBBY PINS, HAIR BANDS, HAIR SLIDES, HAIR STICKS, HAIR ORNAMENTS IN THE FORM OF COMBS, HAIR PINS, HAIR ORNAMENTS, HAIR WRAPS, PONYTAIL HOLDERS, SALON HAIR CLIPS, AND SNAP CLIPS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 11-5-2006; IN COMMERCE 11-5-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,009,243, 2,436,377, AND 2,960,690.

SN 78-947,585, FILED 8-8-2006.

BRENDAN REGAN, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Jan 18 04:07:22 EST 2022*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | XOXO |
| **Goods and Services** | IC 025. US 022 039. G & S: clothing for humans in the nature of baby doll pajamas, bras, boxer shorts, camisoles, chemises, dresses, headbands, lingerie, loungewear, pajamas, panties, shorts and briefs being underwear, robes, skirts, sleepwear and tank tops; headbands. FIRST USE: 20050216. FIRST USE IN COMMERCE: 20050216

IC 026. US 037 039 040 042 050. G & S: hair accessories, namely, barrettes, bobby pins, hair bands, hair slides, hair sticks, hair ornaments in the form of combs, hair pins, hair ornaments, hair wraps, ponytail holders, salon hair clips, and snap clips. FIRST USE: 20061105. FIRST USE IN COMMERCE: 20061105 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78947585 |
| **Filing Date** | August 8, 2006 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 7, 2007 |
| **Registration Number** | 3455799 |
| **Registration Date** | June 24, 2008 |
| **Owner** | (REGISTRANT) Global Brand Holdings, LLC LIMITED LIABILITY CORPORATION NEW YORK 1400 Broadway New York NEW YORK 10018 |
| **Attorney of Record** | Marc P. Misthal |
| **Prior** | 2009243;2436377;2960690 |

**Registrations**

| | |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20180503. |
| **Renewal** | 1ST RENEWAL 20180503 |
| **Live/Dead Indicator** | LIVE |



Int. Cl.: 24

Prior U.S. Cls.: 42 and 50

**United States Patent and Trademark Office**

Reg. No. 3,555,477

Registered Dec. 30, 2008

## TRADEMARK
### PRINCIPAL REGISTER



GLOBAL BRAND HOLDINGS, LLC (NEW YORK LIMITED LIABILITY COMPANY)
1407 BROADWAY
NEW YORK, NY 10018

FOR: TEXTILE GOODS, NAMELY, COMFORTERS, DUVETS, QUILTS, OVEN MITTS, BED LINEN, BATH LINEN, PILLOW CASES, BED COVERS, BEDSPREADS, TABLE CLOTHS, TEXTILE NAPKINS, SHEETS, NAMELY, BED SHEETS, SHAMS, DUST RUFFLES, THROWS, COVERLETS, BED BLANKETS; WINDOW DRAPERIES AND ACCESSORIES, NAMELY, CURTAINS, DRAPES, TO-

WELS, WASH CLOTHS AND SHOWER CURTAINS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 6-29-2005; IN COMMERCE 6-29-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-977,526, FILED 11-12-2004.

EUGENIA MARTIN, EXAMINING ATTORNEY



## United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Jan 18 04:07:22 EST 2022*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# XOXO

| | |
|---|---|
| **Word Mark** | XOXO |
| **Goods and Services** | IC 024. US 042 050. G & S: Textile goods, namely, comforters, duvets, quilts, oven mitts, bed linen, bath linen, pillow cases, bed covers, bedspreads, table cloths, textile napkins, sheets, namely, bed sheets, shams, dust ruffles, throws, coverlets, bed blankets; window draperies and accessories, namely, curtains, drapes, towels, wash cloths and shower curtains. FIRST USE: 20050629. FIRST USE IN COMMERCE: 20050629 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Trademark Search Facility Classification Code** | LETS-2 XOXO Two letters or combinations of multiples of two letters |
| **Serial Number** | 78977526 |
| **Filing Date** | November 12, 2004 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 2, 2007 |
| **Registration Number** | 3555477 |
| **Registration Date** | December 30, 2008 |
| **Owner** | (REGISTRANT) Global Brand Holdings, LLC LIMITED LIABILITY COMPANY NEW YORK 1407 Broadway New York NEW YORK 10018 |
| **Attorney of Record** | Marc P. Misthal |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20190309. |

**Renewal**        1ST RENEWAL 20190309

**Live/Dead
Indicator**        LIVE

| TESS Home | New User | Structured | Free Form | Browse Dict | SEARCH OG | Top | HELP |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT B

FOCUS – 450 of 508 DOCUMENTS

Copyright 1997 Crain Communications Inc.
Crain's New York Business

February 24, 1997
Correction Appended

**SECTION:** Cover Story; Pg. 1

**LENGTH:** 1160 words

**HEADLINE:** TRENDS: JUNIOR MINT IN TEENYBOPPING SHOPPING: TEEN BUYING SPREE MAKES JUNIORS HOT APPAREL CATEGORY

**BYLINE:** Ylonda Gault

**BODY:**

It's 4 p.m. at Reminiscence, a 22-year-old Greenwich Village haven of trendy and retro fashion. The shrill sounds of adolescent bliss resonate throughout the store–piercing through the music blasting over the sound system.

In what has become an afternoon ritual, coveys of girly-girls in flowered skirts and satin blouses check out the store's newest shipment of velour bell–bottoms and lace tops–grown-up looks that are fast catching on with the younger set.

It's a scene that is playing out at retailers throughout the city and, indeed, the country. Teens who, until recently, wore their contempt for fashion on their flannel–shirted sleeves are embracing high style.

Thanks to demographic shifts, this young group of consumers, known in the industry as juniors, is drastically increasing in numbers, influence and buying power. And they, along with the youthful baby-boomers who want to dress like them, are transforming the women's apparel industry.

"The juniors business is buzzing," says Chad A. Jacobs, a Ladenburg Thalmann & Co. analyst who specializes in the teen and Generation X fashion market. "It's a Gucci, Prada, Clueless (the movie) kind of thing. Girls discovered fashion and they have almost nothing in their closets."

Last year, growth in the juniors market outstripped all other women's clothing sales. According to a report by NPD Research in Port Washington, L.I., business increased nearly 8% over 1995, to $9.7 billion.

New York, the largest market for teens and fashion, is where the action is. In December, Wall Street proved it is hardly clueless when the market jumped on Delia's Inc., a TriBeCa-based catalog operation devoted to juniors fashion whose sales tripled last year to $15 million. Its shares climbed 40% to $17 the day the stock was issued.

Rampage, XOXO hot

The industry's two hottest junior manufacturers, Rampage and XOXO, whose volume has soared to $100 million from $12 million in three years, launched their first retail chains in Manhattan last year. And Macy's Herald Square will begin a dramatic expansion of its juniors department this year.

This rash of juniors activity comes after a period of stalled sales and industry consolidation. In the early Nineties, the teen population was at a record low, and teens were into such anti-fashion–and unprofitable–looks as Seattle grunge and unisex hip-hop.

These factors wreaked havoc on the industry. Merry-Go-Round, a juniors chain, was forced to shutter all of its 1,300 stores nationwide. The divorce of the husband-and-wife founders of Esprit, long the juniors market's top manufacturer, edged it out of its leadership position.

Mr. Jacobs estimates that the wave of contractions, including the bankruptcy filing of Charming Shoppes and others, has left close to $2 billion in sales up for grabs.

Crain's New York Business February 24, 1997 Correction Appended

A broad range of shoppers is grabbing: Teens from Oklahoma are getting their fashion cues from MTV, the Internet and magazines almost as fast as those in New York and L.A.

Founded and run by 20-and 30-something executives from companies like Urban Outfitters and Seventeen magazine, Delia is serving middle-America teens who can't get the hottest fashions in their local malls. This three-year-old mail-order operation carries juniors brands teens know, in everything from halter tops to mood rings, chunky shoes and blue nail polish.  The Street projects Delia's earnings will double to 38 cents a share in 1997.

"Juniors are sophisticated about fashion today. They know Prada and Gucci and they want junior versions of what they see their favorite celebrities wearing," says Sherry Cassin, executive fashion director of the Donegar Group, a Manhattan-based national buying house.

Teens are not the only impressionable consumers. Adults, too, are clamoring for affordable, trendy fashions. Baby-boomers in their 30s, 40s and even 50s are more fit than ever before, and many are not willing to let skimpy wallets get in the way of style.

"When thousands of black, knit boot-leg pants are flying out the store a week, that's not just 14-year-olds buying," says Kathryn Bufano, Macy's East executive vice president and general merchandise manager.

The latest birth bulge promises to keep the business growing. The teen population is expected to increase at twice the rate of the general population into the year 2015. It is estimated that teens spent $109 billion in 1995, of which one-third was spent on clothes.

High-profile ad campaigns

Companies like Los Angeles–based XOXO are succeeding by creating brand names and high-end imagery that teens are embracing. When the company launched a multimillion–dollar ad campaign with the likes of supermodels Tyra Banks and Christy Turlington, its profits began to take off. This year, Macy's will roll out a series of XOXO boutiques.

Rather than follow the industry standard of introducing a seasonal lines four times a year, XOXO floods the market, with a new line of 450 to 700 pieces each month.

The company jumps on every major trend. It had a $100 gold sheer lace dress in stores at the same time Ralph Lauren showed $1,200 versions on the runway.  It is best known for creating decidedly pretty, feminine clothes, such as floral sheer dresses, which cost around $60.

The company uses its flagship store, located on Broadway in the Village, as a testing ground. Last year, it hired a veteran of Wet Seal/Contempo Casuals Inc., a publicly traded juniors retailer, to lead its national store expansion.

"The junior market is here to stay," says Gregg Fiene, the company's co-founder and president.

**CORRECTION:**
A story about the junior apparel market in the Feb. 24 issue erroneously reported that Charming Shoppes Inc. had filed for protection under Chapter 11 of bankruptcy law. The 1,131-store chain never entered bankruptcy and today continues to pursue the teen market with test shops of trendy fashions.

**GRAPHIC:** NOTHING TO WEAR? XOXO floods the juniors market with a new line – 450 to 700 pieces – every month.

**LOAD-DATE:** March 06, 1997

| WSJ | WSJ LIVE | MARKETWATCH | BARRON'S | PORTFOLIO | DJX | MORE |

News, Quotes, Companies, Videos   **SEARCH**

LOG IN   SUBSCRIBE

$2 A WEEK   SUBSCRIBE NOW



TOP STORIES IN WSJ   1 of 12    2 of 12    3 of 12

**In Energy Boom, Alaska Is Unlikely Loser**

**Vigil for Missouri Teen Turns Violent**

**Nascar's Stewart Strikes, Kills Driver**

**Decline in 'Slack' Helps Gauge Reco...**

ADVERTISING

# XOXO Embraces Supermodel Ads

## Fashion Brand Relaunches '90s Campaign in a Break With Celebrity-Image Trend

Email   Print   0 Comments

ARTICLE FREE PASS
Enjoy your free sample of exclusive subscriber content. / $2 A WEEK SUBSCRIBE NOW ›

By MONICA M. CLARK
Updated July 20, 2006 12:01 a.m. ET

Is it time to resurrect the supermodel ad campaign?

XOXO, a contemporary clothing brand aimed at teens and 20-somethings, is relaunching its popular "Hugs and Kisses" supermodel ad campaign from the 1990s. Featuring sultry Victoria's Secret model Alessandra Ambrosio, the campaign started this month with ads in fashion "trade" magazines and will debut in consumer magazines, billboards and buses in September.

The new campaign is an attempt to update the original XOXO campaign, which ran from 1993 to 1999 featuring high-profile models such as Tyra Banks, Claudia Schiffer and Christy Turlington. Like the original ads, the new campaign uses photos of Ms. Ambrosio with the line "Hugs and Kisses, XoXo, Alessandra."

But fashion advertising has changed since the '90s. Today, celebrities -- rather than supermodels -- dominate ad campaigns for fashion brands, making the choice of Ms. Ambrosia somewhat of a test for whether models can again carry major ad campaigns. Indeed, while a recognizable face, Ms. Ambrosio is hardly the household name that Christy, Claudia and Tyra once were.

"The supermodel is no longer as visible and vibrant as the term and concept was in the early '90s to mid '90s," said Tom Julian, senior vice president and director of trends at McCann Erickson.

XOXO contends the Brazilian beauty's popular image will be enough to sustain the new campaign. "I'm not sure that [the public] in the early nineties knew their names," said XOXO Creative Director Kitty Blincoe, referring to models used in the earlier campaigns. XOXO is owned by Global Brand Holdings [ YUM 0.00% ] LLC, but the brand is managed by Earthbound LLC. Kellwood Co. has the license to make XOXO apparel.

For the past several years, celebrities have replaced models in fashion ad campaigns and on fashion magazine covers. Brands from Louis Vuitton to the Gap have signed modeling contracts with everyone from Uma Thurman to Sarah Jessica Parker. In the past year, Vogue and Cosmopolitan have featured only one model each on their covers, with the rest devoted to celebrities.



§sas. THE POWER TO KNOW.

Analytics

Manage the customer experience. Or experience a customer migration.

Read Harvard Business Review report

§sas. THE POWER TO KNOW.

**Popular Now**   What's This?

ARTICLES

1   **Vigil for Missouri Teen Turns Violent**



## RECOMMENDED STORIES



**Iran's War on Journalism**



**An App Like Yo Could Turn Out to Be Bigger Than Twitter**



**New York Gov. Andrew Cuomo plans to go to Israel this week in a gesture of political support**

added, explaining that they deliberately passed over celebrities. Marketing research revealed that people still remember the first Hugs and Kisses campaign, he said.

XOXO isn't putting all its eggs in the supermodel basket, however. Mr. Cohen and Ms. Blincoe said they are open to using actresses or singers in the Hugs and Kisses campaign in the future.

Founded in 1991, XOXO emerged as a premium junior's brand, which imitated runway trends and brought them to fashion-conscious young women at inexpensive prices. XOXO clothing and accessories, targeted at women ages 18 to 24, are sold in department stores such as Macy's as well as specialty retailers.

XOXO was sold to Global Brand in 2003. The new owner signed Earthbound to expand the brand here and overseas. Among changes made by Earthbound was the rehiring of Laspata Decaro, the ad agency that produced the original campaign -- and which is responsible for the new effort.

As part of its new image, XOXO also has redesigned its logo and expanded its product selection to include intimate apparel, sleepwear and luggage.

**Write to** Monica M. Clark at monica.clark@wsj.com

Email    Print    0 Comments    Order Reprints

## WSJ In-Depth


**In Energy Boom, Alaska Is Unlikely Loser**


**Gaza Tunnel Network Fuels Recriminations**


**Credit-Score Math Recalculated**


**Apple, Samsung Call Truce Outside U.S.**


**In Canada, Feud Splits Family Empire**

**Rand Paul, Still Mum, Lays 2016 Groundwork**

SPONSORED RESULTS

- Best Dental Plans
- High Yield Bond Funds
- 2014 Luxury Sedans
- Great Stocks To Buy Now
- Big-Data Analytics

- 10 Best Dividend Stocks
- Best CD Rates
- High Yield Savings Account
- 2014 Crossover SUVs
- Dividend Stocks To Buy



$2    SUBSCRIBE NOW ▸

**RECOMMENDED** STORIES



4   **Decision on Premier Sets Iraqi Leaders on a Collision Course**


5   **Mims: Yo App Could Turn Out to Be Bigger Than Twitter**


VIDEO

1   **Michael Brown Shooting Leads to Looting in St. Louis**


2   **Iraq's Yazidis Tell of Harrowing Escape**


3   **Raw Video: Footage of U.S. Airstrike on Iraq**


4   **Raw Video: Six Flags Roller Coaster Gets Stuck**


5   **Perth Commuters Tilt Train to Save Trapped Man**


**Join the Discussion**

LOG IN TO COMMENT

**There are 0 comments.**

1 person watching.

Newest

Subscribe / Login

Back to Top

| Customer Service | Policy | Ads | Tools & Features | More |
| --- | --- | --- | --- | --- |
| Customer Center | Privacy Policy | Advertise | Apps | Register for Free |
| New! Live Help | Cookie Policy | Place a Classified Ad | Emails & Alerts | Reprints |
| Contact Us | Data Policy | Sell Your Home | Graphics & Photos | Content Partnerships |
| WSJ Weekend | Copyright Policy | Sell Your Business | Columns | Conferences |
| Contact Directory | Subscriber Agreement & Terms of Use | Commercial Real Estate Ads | Topics | SafeHouse |
| Corrections | Your Ad Choices | Recruitment & Career Ads | Guides | Mobile Site |
|  |  | Franchising | Portfolio | News Archive |
|  |  | Advertise Locally | Old Portfolio |  |

Jobs at WSJ

Copyright ©2014 Dow Jones & Company, Inc. All Rights Reserved.

**RECOMMENDED** STORIES



# NEW YORK POST

**Page Six** ®

SATURDAY, NOVEMBER 28, 2009 / Windy, 53 / Weather: P. 24 ★ ★   **LATE CITY FINAL**   www.nypost.com   75¢

Samantha Appleton/The White House

## Prez met White House crashers

# WELCOME!

She got this close to President Obama. Grinning party-crasher Michaele Salahi was able not just to sneak into the presidential mansion without an invitation, but get up close and personal, grabbing Obama's hand.

**PAGES 4-5**

3

New York Post, Saturday, November 28, 2009    nypost.com

# WINDOW DRESSING



NY Post: Chad Rachman

**By JUSTIN ROCKET SILVERMAN**

Two live girls, one couch and not much clothing.

It's not your mother's holiday window display. If tradition is your cup of eggnog, head up the street to Lord & Taylor's and take in the marionette puppets and candy-cane carousels.

But if edgy is on your list this year, check out the live action in a window in an otherwise empty Fifth Avenue building at 38th Street. It's less winter wonderland than peep show, to the delight of gawking crowds yesterday.

The scene is a young woman's apartment, where two shapely models try on clothes, flip through magazines and even paint each other's fingernails. After dark they switch to evening wear, and spend hours getting dressed for a night on the town. All in front of floor-to-ceiling windows.

## Storefront models' undie 'peep' show

Creative director Carol Powley, who designed the show for clothing line XOXO, calls these living mannequins "window theater."

"I told them just to hang out and not to engage with the public at all," Powley said. "When I want them to change clothes, I send them a text message. It's very voyeuristic. You want to be looking at them, but you wonder if you should be."

No surprise that changing time, when the models strip to their underwear, draws the biggest crowd. They even drew the police yesterday thanks to a complaint from a female pedestrian. The cops chose not to interfere, and the window theater is slated to continue though Dec. 6.

"Half-naked girls will always make people stop and stare," said passer-by Me-

lissa Federico, 24, visiting from Atlanta. "Anything new and interactive is a great way to promote a brand. It's just strange that most of the people watching are guys, even though XOXO only sells women's clothes."

Powley acknowledged that the display was geared toward gift-buying boyfriends.

It's a level of intimacy

that struck some people as odd yesterday, and not just the wives hurrying their husbands along.

"I was raised in Holland and used to live in the red-light district," said Evert Degraeve, 50. "This window doesn't look like a clothing advertisement to me. It looks like these girls are waiting for some customers to come along."

jsilverman@nypost.com

# Los Angeles Times | ARTICLE COLLECTIONS

← Back to Original Article

## Live models spice up New York window display

*A clothing and accessories retailer is drawing traffic -- and controversy -- with two women lounging around in skimpy clothes in a window on Fifth Avenue.*

December 04, 2009 | By Tina Susman

Reporting from New York — It's what all young women do in their spare time: lounge about in frilly underwear, fiddle with their rhinestone bellybutton rings and prance on the sofa, oblivious to passers-by peeping through uncovered windows.

Well, not quite, but the provocatively clad women going about their business on Fifth Avenue aren't typical. They are an advertisement for the clothing and accessories retailer XOXO, whose live window display featuring two models -- friends from Venice, Calif. -- engaged in mundane activities is a megahit this shopping season.

"Are they real?" one man asked incredulously, whipping his head around toward the window Tuesday as Helene Traasavik and Niki Huey sipped coffee and dabbled on their laptops while wearing lacy lingerie, short robes (open in the front) and slippers. "I came all the way from Queens to see it," said another man who gave his name only as Tin.

Whether the display will translate to a permanent boon for XOXO remains to be seen, but one thing is certain: It's drawing more attention than tiny reindeer and Santa's sleigh ever would.

Since "the show," as locals call it, opened Nov. 27, traffic to XOXO.com has increased 35%, said Erin Haggerty of the Kellwood Co. -- which designs, manufactures and markets goods that include XOXO's flirty, feminine fashions.

Some of the increase is due to Black Friday and Cyber Monday surges, Haggerty said. But some no doubt can be attributed to the buzz the advertisement has created in a city famous for its residents' ability to barrel down the sidewalks while ignoring the street theater around them.

At the corner of 38th Street and Fifth Avenue, nearly everyone stops to stare. Amused strangers debate everything from the appropriateness to the point of it all.

"We have to approach things in nontraditional ways," said Carol Powley, Kellwood's senior marketing director. "This is a look into the first apartment, if you will, of an XOXO girl."

There is a powder-blue sofa, a white shag rug, racks of clothes, shoes on the floor and pictures on the wall. There also is a full-length mirror in front of which Traasavik and Huey preen as they wriggle in and out of different outfits before fascinated onlookers. Those moments, however, are rare. The models spend most of their six hours in the window every day in lingerie, sipping coffee, chatting and checking e-mails on their laptops. Yes, they have WiFi in there. All that's missing to make it perfectly homey, it seems, is a cat. And curtains.

With more people than ever shopping online, the spectacle is a surefire way to grab consumers who otherwise might not notice store windows. And the fact that prime Manhattan space was available is a reflection of New York's struggling economy. The space on the buzzing corner used to be occupied by a CompUSA store, which closed.

This week, neither cold rain nor frigid winds stopped people from standing transfixed in front of the floor-to-ceiling windows once Traasavik and Huey sauntered into view at noon. Most of the lingering men would not give their full names, and they scattered like snowflakes in the wind when a TV crew turned its camera in their direction. But all of them had opinions.

"I wouldn't otherwise look at their website, so this was a way of getting my attention," said an electrician named Chris, adding that his wife might like the blue booties on one model's feet. "I wouldn't have noticed them on a mannequin, but on her legs I did. Maybe now I'll buy them."

Patrick Walsh Jr., who runs an animation studio in the neighborhood, stopped by with his colleagues Gary Stanton and Brendan Murphy to see what the fuss was about. "I passed by this like three times yesterday and didn't know what the product was," Murphy said. "It seems like they're selling underwear," Walsh said. "Or phone sex."

All agreed that the display was mild compared with what one might see in Amsterdam's red-light district -- and many female passers-by shared that view. "It's cute. It sure got my attention, but it would help if they put on more clothes so we knew what the items looked like," Dee Sealey said.

Nobody has formally complained, according to police spokesman Martin Speechley. The biggest problem seems to be the ruckus that ensues each time the models stand up, drop their robes and move toward the clothing rack -- a sign that it's time to shimmy into some clothes and then take them off again. Men press close to the windows. They wave. They hold up signs. One lifted his shirt and pressed his bare chest against the glass.

It's hopeless, though. Huey and Traasavik, both professional models, have no trouble ignoring what's going on outside. "We're kind of used to being stared at," Huey said good-naturedly as she and Traasavik sat on the sofa after slipping on stilettos and leg-baring outfits.

"It's so laid-back, it's almost like not working," Traasavik said. The hardest part might be lounging about while looking perfect. "Because we get dolled up all the time for work, we don't like to do that in our down time," she added.

The display will run through Sunday, and advertising guru Martin Lindstrom said that no matter what the short-term sales impact is, the buzz surrounding the campaign guaranteed long-term benefits for XOXO.

"Sex does not sell, but what sells is the controversy around it, and that's what is happening here," Lindstrom said. "XOXO has generated brand awareness." There's just one problem, he said: How to follow this up with an equally buzz-worthy campaign. Because "people will expect to be even more shocked next time."

tina.susman@latimes.com

---

**Los Angeles Times**   Copyright 2014 Los Angeles Times       Index by Keyword | Index by Date | Privacy Policy | Terms of Service

**_WWD.com_**_/media-news/fashion-memopad/american-angel-6650480_

January 23, 2013

# XOXO Taps Victoria's Secret Angel Erin Heatherton

By LORELEI MARFIL

**AMERICAN ANGEL:** Victoria's Secret Angel Erin Heatherton has become the face of the latest Hugs & Kisses XOXO spring campaign. The three images were photographed by Rocco Laspata of Laspata Decaro, the New York-based creative agency, and the campaign will break Feb. 5 online and in print, in the March issues of titles including Cosmopolitan and InStyle. The campaign, which launched in 1995 with Tyra Banks, continues its tradition of spotlighting supermodels. Former famous faces include Christy Turlington, Claudia Schiffer, Amber Valletta and Helena Christensen — all of whom appeared in the Nineties — while, more recently, Alessandra Ambrosio and Miranda Kerr have taken part in the campaigns.

"XOXO is renowned for working with iconic models, so to join the likes of Alessandra Ambrosio and Tyra Banks is very inspiring for me — and extremely surreal," said Heatherton.



Erin Heatherton in an ad for XOXO shot by Rocco Laspata.
_Photo By Courtesy Photo_

**WWD**                    **Copyright © 2014 Fairchild Fashion Media. All rights reserved.**

**WWD.com**/media-news/fashion-memopad/hugs-from-lily-7050835

July 12, 2013

# Lily Aldridge the Face of New XOXO Campaign

By LISA LOCKWOOD

**HUGS FROM LILY:** Lily Aldridge is following in the footsteps of Tyra Banks, Christy Turlington, Helena Christensen, Amber Valletta, Claudia Schiffer and, most recently, Erin Heatherton as the face of the XOXO ad campaign. Laspata Decaro, the New York ad agency, created the "Hugs and Kisses XOXO" campaign in the early Nineties. The fall campaign, also developed by Laspata Decaro and photographed by Rocco Laspata in New York, features the 27-year-old Aldridge in various sexy outfits with the words "Hugs and Kisses XOXO, Lily Aldridge."

Ads will launch in the September issues of InStyle and Cosmopolitan. In addition, there will be digital, social and taxi TV ads supporting the campaign. The fall budget is up 20 percent versus a year ago, according to an XOXO spokeswoman.

A Victoria's Secret Angel, Aldridge also has her own apparel collection, called Lily Aldridge for Velvet.



Lily Aldridge in the XOXO ad campaign.
*Photo By Courtesy Photo*

**WWD**       **Copyright © 2014 Fairchild Fashion Media. All rights reserved.**

# DREW BARRYMORE
## BY THE NUMBERS

FUN, FAST FIGURES ABOUT YOUR FAVORITE CELEBRITIES

**11 EPISODES**
Number of installments of *Family Guy* featuring Drew voicing sexy Jillian Russell.

**304 PAGES**
Drew was only 15 when she published her bestselling autobiography that revealed she first used alcohol at age 9, smoked pot at 10 and tried cocaine at 12.

*Little Girl Lost*

**$125,000,000 IN THE BANK**
Drew's net worth from acting, directing, producing and modeling.

## 6 TATTOOS
Drew's ink includes a butterfly, a cross, a bouquet of flowers, a crescent moon and two angels.

**$359,000,000 GROSS**
*E.T. The Extraterrestrial*, Drew's breakout role at 7, broke box-office records in its 1982 release!

### PLAYBOY
HOLIDAY ANNIVERSARY ISSUE

*Drew* BARRYMORE IN THE FLESH

PLAYBOY INTERVIEW Wham! Bam! JEAN-CLAUDE VAN DAMME

SEX AND PHILIAS THE UNTOLD STORY

TOM SNYDER LATE NIGHT BIG MOUTH

CLARENCE THOMAS

## 19 YEARS OLD
Drew posed for the January 1995 issue of *Playboy*. (She's said she would discourage her daughter, Olive, from following suit.)

## 3 HUSBANDS
She married (from left) Jeremy Thomas in 1994, comedian Tom Green in 2001 and Will Kopelman in 2012.

introducing
## XOXO LUV
the new fragrance for her

share the luv at xoxofragrances.com
available at perfumania · perfumania.com

XOXO LUV



**OK! HOT STORY**



He threw her a party at L.A.'s Chateau Marmont in 2012.

In August, Jen held Justin's 42nd birthday party at their home.

# JUSTIN'S BIRTHDAY SURPRISE FOR JEN

## SHH! **JUSTIN THEROUX** HAS BIG PLANS FOR **JEN ANISTON**'S BIRTHDAY CELEBRATION

Attention, gentlemen: **Justin Theroux** is making you look bad! Once again, he's outdoing himself making sure fiancée **Jen Aniston** has an outstanding birthday!

Jen insisted on something low-key to celebrate turning 45 on Feb. 11. After all, the pair are about partied out: They threw a big holiday bash in Bel Air and took friends to Mexico for New Year's.

"But Justin said, 'It's your 45th! That's a milestone! I'm going to plan something special for you,'" a friend of the star confides.

Justin's surprise plan? A chill weekend with a small group of pals in the wine-making region of Paso

Robles, about 200 miles north of L.A., where Jen's favorite vino is made. The luxurious JUSTIN Vineyards & Winery, which has an inn and an award-winning destination restaurant on the property, will be the center of the events.

In addition to a special gourmet birthday dinner outdoors at the vineyard, Justin has come up with some group activities to keep their guests entertained over the long weekend, including horseback riding, spa treatments and of course, a tour of the vineyard and wine tasting. "That's what Jen likes," says the friend. "Everyone doing something fun together and enjoying each other's company." **OK!**

## JEN'S BIG DAY: UP, UP AND AWAY?

Justin has floated a number of ideas about how to bring his fiancée and their friends from L.A. to wine country for the party weekend. "He looked into hot air balloons, but Paso is a little too far up the coast," says the friend. "He also thought about a convertible limo, but thought that Jen would dismiss it as tacky." It's also too cold for Jen and Justin to take his motorcycle up the coast, so a prop plane has been chartered. Says the pal: "They can ride at low altitude and take in the beautiful scenery."



A HORSE, OF COURSE
Justin's plan includes a group horseback ride.



introducing
**XOXO LUV**
the new fragrance for her

XOXO
LUV

share the luv at
xoxofragrances.com

available at perfumania & perfumania.com

SEARCH

Enter Symbols or Keywords

**Latest News**                                                    View All

12:53p Device maker, drug company plunge by double digits
on weak earnings

12:50p Stock market live blog: S&P 500, Dow erase gains;
iDreamSky jumps on debut

**Trading Strategies: August 2014**



**Big stocks, big money**
• Megacaps with mega followings
• Exxon Mobil still in play
• iPad exposes Apple risk
• You don't need a megamind to get it

August 7, 2014               12:11 PM EDT

| New York | London | Tokyo | | DOW | -67.51 | NASDAQ | -11.77 | S&P 500 | -8.34 |
| Open | Closed | Closed | | 16,375.83 | -0.41% | 4,343.28 | -0.27% | 1,911.90 | -0.43% |

Home   News Viewer   Markets   Investing   Trading Deck   Personal Finance   Retirement   Economy   Industries          Log In          Portfolio   Watchlist   Alerts   Games

Press Release
July 16, 2014, 10:44 a.m. EDT

# Chrissy Teigen, Hot New Video For XOXO

Fall 2014 Campaign to Feature Famed Supermodel



NEW YORK, July 16, 2014 /PRNewswire/ -- The "It" girl on everyone's Twitter feed - Chrissy Teigen - has been named the new face of XOXO. Teigen will be featured in the brand's national ad campaign appearing in print, digital, OOH and in-store starting this August. The ad campaign features still images as well as a robust brand video developed by creative agency Work:Play Creative and photographed by Cathrine Westergaard at Milk Studios in NYC.

The video goes behind the scenes of the Fall campaign shoot, where Chrissy's famous spunk and persona truly shine. The video's soundtrack will be set to the song "Melt" by Polish synthpop band Kamp! Since releasing their first international single in 2011, Kamp!'s popularity has quickly spread to international fame, playing at global events such as SXSW, Great Escape and Exit Festival. The band describes their music as "warm, layered production, hit flavored melodies, hazy melancholic vocals and balearic vibe." – credit: Facebook.com

"I've been a longtime fan of XOXO, so when they approached me to be the face of their Fall campaign it seemed like a natural fit," Chrissy explained on-set.

The Fall 2014 campaign is an evolution of the iconic "Hugs & Kisses XOXO" campaign which launched in the early 90's, featuring supermodel **Tyra Banks** and has included legendary supermodels **Christy Turlington (1996), Amber Valetta (1997), Claudia Schiffer (1998), Alessandra Ambrosio (2006), and Miranda Kerr (2009). Erin Heatherton (2013) and Lily Aldridge (2014)** have also graced the campaign over the more recent years, establishing a long-standing tradition featuring fashions most famous faces. With a reputation for making runway inspired designs affordable and accessible, XOXO continues to be the leading juniors brand for retailers. The national advertising campaign will launch in August in the September issues of Cosmopolitan and People StyleWatch. In addition, there will be digital, social and OOH advertising supporting the campaign. Behind-the-scenes video and additional creative will be available on the newly launched XOXO.com in late July.

ABOUT XOXO
XOXO is a contemporary fashion brand that features straight off-the-runway designs that are smart and sexy for the fashion-forward female. It's a true quality "in-the-mix" lifestyle brand that embodies on-trend style that finds the right balance of 9-5 career appeal and 6-9 sexiness. For additional information on XOXO, visit www.xoxo.com or Facebook.com/XOXO .

Media Contact:
Sara Shaffer
Sara.Shaffer@Kellwood.com
212-515-2786
Photo - http://photos.prnewswire.com/prnh/20140716/127590
SOURCE XOXO

Copyright (C) 2014 PR Newswire. All rights reserved



A sophisticated spin on what's hot in media, entertainment, celebrity and the arts.

SPEAKEASY   READ NOW

## Most Popular

1. **Don't get credit cards from these 5 stores**


2. HOWARD GOLD'S NO-NONSENSE INVESTING
**This market expert sees big upside for stocks**


3. **5 things not to buy at drugstores (including drugs)**


4. THE WALL STREET JOURNAL
**Russia issues sanctions of its own against West**


5. **4 ways you may be unknowingly hurting your credit**


## Partner Center »                    Find a Broker



## Featured Stories


**3 reasons why stock buybacks are booming**


**Lost gin of Germany's Black Forest is coming to the U.S.**


**The home-equity line crisis might not be as bad as some fear**


**5 least — and most — affordable housing markets**

**Hawaiians spend the least outside of necessities like food and shelter**
Hawaiians spent the least outside of the necessities, defined as food and beverages, gasoline, housing and...

### Sponsored Results

| | |
|---|---|
| 2014 Luxury Sedans | Stocks To Trade |
| 2014 Crossover SUVs | Best CD Rates |
| Best Dividend Paying Stocks | 10 Best Mutual Funds |
| 10 Best Dividend Stocks | Top 5 Stocks To Buy |
| Dividend Stocks To Buy | Hot Penny Stocks To Buy |

### Content From Sponsors


**How Wealthy People Use Credit Cards To Their Advantage**
NextAdvisor Daily


**3 Things That Won't Improve Your Credit Score**
Lexington Law


**With A Net Worth Of $2 Trillion In 2.5 Years, This "Uber For Investing" Startup Is Unprecedented**
BuzzFeed

**Suggested Stories**
Facebook acquires network-security firm PrivateCore
Exporting luxury cars is lucrative, legally questionable
Draghi unperturbable, but clock ticks toward QE
Fed looms as major factor in Treasury borrowing outlook
Blackstone, KKR, TPG to pay combined $325 mln to settle 'club deals' suit
500-year plan for children, grandchildren and the world

### Content from our Sponsors
What's this?

**4 Stupid Investment Mistakes Nearly Everyone Makes** (E*TRADE)

**How Most People Miss Their Chance to Be Wealthy** (Moneyning.com)

**4 Ways to Invest in your Retirement.** (PENSCO Trust)

**Dollar at lower 102 yen as risk-off mood remains through GPIF spike** (Nikkei Asian Review)

**Japan trade deficits may end yen's August rise versus dollar** (Nikkei Asian Review)

**Will Years I Don't Work Lower My Social Security Benefit?** (AARP)



### Video »


**Wall Street Awaits Factory Orders and ISM Services Data**


**Why LSB Industries Could Double**


**A New Show for Princess Superstar**


**Barron's Buzz: Is the Box Office in Freefall?**

**MarketWatch.com** [Enter Symbols or Keywords] [SEARCH]

| | | | | |
|---|---|---|---|---|
| Site Index | Company Info | MarketWatch on Facebook | WSJ.com | Financial News Online |
| Topics | Code of Conduct | Like 470k | Barron's Online | WSJ.com Small Business |
| Help | Corrections | MarketWatch on Twitter | BigCharts | |
| Feedback | Advertising Media Kit | Follow 1.0M followers | Virtual Stock Exchange | |
| Newsroom Roster | Advertise Locally | | | |
| Media Archive | License our Content | RSS | | |
| Premium Products | Broker Center | Podcasts | | |
| Mobile | Your Ad Choices | | | |

Copyright © 2014 MarketWatch, Inc. All rights reserved.
By using this site, you agree to the **Terms of Service**, **Privacy Policy**, and **Cookie Policy**.

Intraday Data provided by SIX Financial Information and subject to **terms of use**. Historical and current end-of-day data provided by SIX Financial Information. Intraday data delayed per exchange requirements. S&P/Dow Jones Indices (SM) from Dow Jones & Company, Inc. All quotes are in local exchange time. Real time last sale data provided by NASDAQ. More information on **NASDAQ traded symbols** and their current financial status. Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges. S&P/Dow Jones Indices (SM) from Dow Jones & Company, Inc. SEHK intraday data is provided by SIX Financial Information and is at least 60-minutes delayed. All quotes are in local exchange time.

# EXHIBIT C



